# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | 1:20-cr-00203-RP-3 |
| § | |
| **BRANDON CARTER (3),** § | |
| **Defendant** § | |

## Order on Petition for Action on Conditions of Pretrial Release

In accordance with the Federal Rules of Criminal Procedure and 18 U.S.C. § 3148, on December 21, 2020, a hearing was held before the undersigned Magistrate Judge on the U.S. Pretrial Services' Petition for Action on Conditions of Pretrial Release (Dkt. 103).

In the Petition, Pretrial Services alleged that Defendant violated the condition of his release not to violate federal, state, or local law. According to an offense report from the Bastrop County, Texas Sheriff's Office, Defendant was arrested for possession of marijuana on December 1, 2020, when he was found with .031 ounces of marijuana and $4,732 in cash. The county charge was dismissed on December 18, 2020.

The Court has carefully reviewed the original Pretrial Services Report, the docket, the Petition and arrest report, the order dismissing the county charge, and the arguments of counsel. Having considered this information, the Court finds that probable cause was not established at the hearing to believe that Defendant has committed a Federal, State, or local crime while on release, pursuant to § 3148(b)(1)(A).

–2–

It is therefore **ORDERED** that the Petition for Action on Conditions of Pretrial Release is **DENIED**. Defendant remains on pretrial release subject to all conditions in the Court's Order Setting Conditions of Release (Dkt. 81).

**SIGNED** on December 21, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE